**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., et al, | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 2:16-cv-00642-JRG |
| v. | § | LEAD CASE |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| VIBER MEDIA S.A.R.L., | § | Case No. 2:16-cv-00643-JRG |
| *Defendants*. | | |

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**ALL CLAIMS BY UNILOC AGAINST VIBER MEDIA S.A.R.L.**

Before the Court is the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against Viber Media S.A.R.L. (Dkt. No. 182), filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. (collectively, "Uniloc"), and Defendant Viber Media S.A.R.L. ("Viber"). Having considered the Stipulation, the Court finds that the case should be **DISMISSED** under Federal Rule of Civil Procedure 41.

Accordingly, it is **ORDERED** that:

1. Any and all claims by Uniloc against Viber are dismissed with prejudice;

2. Uniloc and Viber shall each bear their own attorney's fees, expenses, and costs;

3. All other relief requested between Uniloc and Viber is hereby **DENIED AS MOOT**.

**So ORDERED and SIGNED this 19th day of January, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE